UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELLA SILVEIRA,

        Plaintiff,

   v.

MERCY SAN JUAN HOSPITAL, et al.,

        Defendants.
_____/

NO. CIV. S-03-1349 LKK/GGH

O R D E R

On February 7, 2005, counsel for both plaintiff and defendants were ordered to show cause why sanctions should not be imposed for failing to file their pretrial statements. On the same day, subsequent to the court's order being issued, plaintiff's counsel filed a stipulation of dismissal. On February 16, 2005, defendant's counsel responded to the court's order to show cause by explaining that as early as September 22, 2004, the parties had stipulated to dismiss the above-captioned case. Due to plaintiff's counsel's delay, the stipulation was not filed with the court until February 7, 2005, when both parties were ordered to show cause why

1

1  sanctions should not be imposed for failing to file their pretrial
2  statements.
3      Accordingly, counsel for plaintiff is sanctioned in the amount
4  of one hundred and fifty ($150.00) dollars.  This sum shall be paid
5  to the Clerk of the Court no later than thirty (30) days from the
6  effective date of this order.  Counsel shall file an affidavit
7  accompanying the payment of this sanction which states that it is
8  paid personally by counsel, out of personal funds, and is not and
9  will not be billed, directly or indirectly, to the client or in any
10 way made the responsibility of the client as attorneys' fees or
11 costs.
12     IT IS SO ORDERED.
13     DATED:  April 18, 2005.
14
15                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
16                              UNITED STATES DISTRICT COURT

2